**THE ATKIN FIRM, LLC**
Formed in the State of New Jersey
By:       John C. Atkin, Esq.
55 Madison Avenue, Suite 400
Morristown, NJ 07960
Tel: (973) 314-8010
Fax: (833) 693-1201
JAtkin@AtkinFirm.com
*Attorneys for Plaintiff Strike 3 Holdings, LLC*

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE, subscriber assigned IP address 96.57.145.10,<br><br>    Defendant. | Case No. 2:22-cv-07586-WJM-ESK<br><br>**NOTICE OF VOLUNTARY**<br>**DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Strike 3 Holdings, LLC hereby gives notice that its claims in this action against Defendant John Doe subscriber assigned IP address 96.57.145.10 are voluntarily dismissed with prejudice.

DATED: February 28, 2023    Respectfully submitted,

                **THE ATKIN FIRM, LLC**

                *Attorneys for Plaintiff,*
                *Strike 3 Holdings, LLC*

                */s/ John C. Atkin, Esq.*
                John C. Atkin, Esq.

**CERTIFICATE OF SERVICE**

    I hereby certify that on February 28, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                 By:     /s/ *John C. Atkin*
                                                               John C. Atkin, Esq.